IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| AEP TEXAS NORTH COMPANY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SWEATT INDUSTRIES, INC., d/b/a | ) |
| SENTRY SERVICES, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 6:10-CV-036-C |

**ORDER**

The Court having considered Plaintiffs' First Amended Opposed Motion for Leave to File Amended Complaint, filed November 17, 2010 (to which no response was filed), is of the opinion that the same should be **GRANTED**. Plaintiffs shall have seven (7) days to file their First Amended Original Complaint.[1]

SO ORDERED.

Dated December 14, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

---

[1] *See* Local Rule 15.1(b).